# Unclaimed Funds

Entered 9/11/2020 to 9/11/2020

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---:|---|
| 15-10774 -fjb 19483772 | NSTAR Electric Company d/b/a Enersource Energy c/o Ganick, O'Brien & Sarin 161 Granite Avenue Dorchester, MA 02124 02124 | 133.47 | 09/11/2020 |
| 15-10774 -fjb 19483718 | Jefferson Capital Systems, LLC c/o Barletta Law Offices P.O. Box 378 Medford, MA 02155 | 173.79 | 09/11/2020 |
| 15-11044 -jeb 20545292 | CHRISTINE AND MARK POMEROY 23 CARMEL ST MIDDLEBORO, MA 02346 02346 | 865.00 | 09/11/2020 |
| 15-11206 -jeb 20545293 | ANTHONY GRASSA 3 OLD RUBBLY RD BEVERLY, MA 01915 01915 | 95.00 | 09/11/2020 |
| 15-12703 -fjb 19806876 | CIT Bank, N.A. P.O. Box 9013 Addison, Texas 75001 75001 | 1,587.60 | 09/11/2020 |
| 15-13019 -fjb 20545303 | PATRICK CULHANE, ESQ. 100 GRANDVIEW RD SUITE 304 BRAINTREE, MA 02184 02184 | 0.04 | 09/11/2020 |
| 15-13439 -msh 19580980 | Acs/mefa PO Box 7052 Utica, NY 13504-7052 13504-7052 | 1,471.25 | 09/11/2020 |
|  |  | 14.88 | 09/11/2020 |

| | | | |
|---|---|---|---|
| 15-13545 -jeb<br>19586061 | Crocker's Refrigeration<br>c/o Jennifer L. Thyng, LLC<br>PO Box 1457<br>Orleans, MA 02653<br>02653 | | |
| 18-13259 -fjb<br>20545294 | MADILYN COLUNTINO<br>6 JUNIPER ST<br>BEVERLY, MA 01915<br>01915 | 1,075.51 | 09/11/2020 |
| 19-11016 -jeb<br>20545295 | MAX GOLDFARB<br>19 APPLE VALLEY DR<br>SHARON, MA 02067<br>02067 | 2,038.20 | 09/11/2020 |
| 19-12121 -fjb<br>20545296 | JOHN BYRNE, JR.<br>COLLEEN LAWLER<br>3 LAUREL RD<br>MILTON, MA 02186<br>02186 | 550.02 | 09/11/2020 |
| 19-12421 -jeb<br>20545297 | TINA CORMIER-CORCORAN<br>81 MAIN ST<br>WALTHAM, MA 02453<br>02453 | 5,034.78 | 09/11/2020 |
| 19-12780 -msh<br>20545298 | LAUREN BEHNING<br>24 COLBORNE RD<br>APT. #14<br>BRIGHTON, MA 02135<br>02135 | 322.00 | 09/11/2020 |
| 19-13368 -fjb<br>20545299 | SANDRA GILBERT<br>180A HIGH ST<br>NEWBURYPORT, MA 01950<br>01950 | 3,608.04 | 09/11/2020 |
| 19-13524 -jeb<br>20545301 | PETER NURSE<br>34 FRANKLIN ST<br>ATTLEBORO, MA 02703<br>02703 | 442.52 | 09/11/2020 |
| 19-14410 -msh<br>20545302 | JOSEPH & LEAH ROGERS<br>12 MIRASOL DR<br>BOURNE, MA 02532<br>02532 | 3,939.44 | 09/11/2020 |

**Grand Total: 21,351.54**